

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00513-CR

Anna **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10615
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED in PART. The appellant's brief is due January 25, 2019. No Further Extensions, absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court